UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS P. AGUINAGA, MARIA CHRISTINA AGUINAGA, and D.A.S. TRADING INC.,

                Plaintiffs,

-against-

UBS AG and UBS (BAHAMAS) LTD.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/09
```

09 Civ. 3261

**ORDER**

For the reasons stated on the record at the teleconference held April 13, 2009, plaintiffs' motion for a preliminary injunction is GRANTED. Defendants are enjoined from further sales of the Ideiasnet stock they hold on behalf of Global Management Enterprises until such time as this dispute is resolved on the merits or defendants move for, and the Court grants, relief from this order.

SO ORDERED.

Dated: New York, New York
      April 14 2009

                                          Richard J. Holwell
                                          United States District Judge